UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
JENNIFER SHARKEY,

                              Plaintiff,          :     No. 10 Civ. 3824 (RWS)

   -against-

J.P. MORGAN CHASE & CO., JOE KENNEY,     :     **NOTICE OF APPEARANCE**
ADAM GREEN, and LESLIE LASSITER in their
official and individual capacities,

                            Defendants.
------------------------------------------------------------------- X

PLEASE TAKE NOTICE that Basil C. Sitaras of Thompson Wigdor & Gilly LLP hereby enters his appearance as counsel on behalf of Plaintiff Jennifer Sharkey in the above-captioned matter.

Dated: February 16, 2011
       New York, New York

                                   Respectfully submitted,

                                   THOMPSON WIGDOR & GILLY LLP

                                   By: _____
                                           Basil C. Sitaras

                                   85 Fifth Avenue
                                   New York, NY  10003
                                   Telephone: (212) 257-6800
                                   Facsimile:  (212) 257-6845
                                   bsitaras@twglaw.com

                                   Attorneys for Plaintiff