

# Thompson Wigdor LLP

**Douglas H. Wigdor**
dwigdor@twglaw.com

September 13, 2011



**VIA HAND DELIVERY**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   <u>Jennifer Sharkey v. J.P. Morgan Chase & Co., et al.</u>, 10 Civ. 3824 (RWS)

Dear Judge Sweet:

We represent Plaintiff Jennifer Sharkey in the above-referenced action. We write on behalf of all parties, who recently met and conferred to discuss a discovery plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. As a result of our discussion, the parties have agreed upon the following civil case management plan:

- All parties do not consent to conducting all further proceedings before a Magistrate Judge, including motions and trial.

- Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than October 11, 2011.

- Initial requests for the production of documents and interrogatories shall be served by October 11, 2011.

- All fact discovery shall be completed no later than April 30, 2012.

- All expert discovery shall be completed no later than May 31, 2012.

- Counsel for the parties estimate that the length of trial will be one week.

- All motions, applications, and pretrial procedures shall be governed by Your Honor's Individual Practices.

# Thompson Wigdor LLP

The Honorable Robert W. Sweet
September 13, 2011
Page 2


Although the parties await the Court's scheduling of a conference pursuant to Rule 16 of the Federal Rules of Civil Procedure, we also submit that given Your Honor's familiarity with this matter and with counsel, the parties are willing to begin discovery without the need for such a conference. If that, along with the dates provided above, pleases the Court, the parties respectfully request that Your Honor issue a scheduling order in accordance with this correspondence.

Thank you for your consideration in this regard.

Respectfully submitted,

Douglas H. Wigdor

cc:   Michael Schissel, Esq. (*Attorney for Defendants*)