

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X

JENNIFER SHARKEY,

      Plaintiff,

-vs.-

J.P. MORGAN CHASE & CO., JOE KENNEY,
ADAM GREEN, and LESLIE LASSITER in their
official and individual capacities,

      Defendants.
------------------------------------------------------------- X

**STIPULATION AND ORDER**

10-cv-03824-(RWS)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Jennifer Sharkey ("Plaintiff") and counsel for Defendants J.P. Morgan Chase & Co., Joe Kenney, Adam Green and Leslie Lassiter ("Defendants"), that the time for Defendants to answer or otherwise respond to Plaintiff's Amended Complaint in the above-captioned case is extended to and including September 16, 2011.

Dated: September 6, 2011

ARNOLD & PORTER LLP

By: _____
Michael D. Schissel
Lucy S. McMillan
399 Park Avenue
New York, NY 10022
Tel: (212) 715-1000
Fax: (212) 715-1399
Michael.Schissel@aporter.com
Lucy.McMillan@aporter.com

*Attorneys for Defendants*

So Ordered
Sweet
USDJ
9-14-11

THOMPSON WIGDOR LLP

By: _____
Douglas H. Wigdor, Esq.
Basil C. Sitaras, Esq.
85 Fifth Avenue
New York, NY 10003
Tel: (212) 257-6800
Fax: (212) 257-6845
dwigdor@thompsonwigdor.com
bsitaras@thompsonwigdor.com

*Attorneys for Plaintiff*

**SO ORDERED:**

_____
**U.S.D.J.**

2