UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

JENNIFER SHARKEY,

                Plaintiff,

                                                 10 Civ. 3824 (RWS)

  - against -

                                                   O R D E R

J.P. MORGAN CHASE & CO., JOE KENNEY,
ADAM GREEN, and LESLIE LASSITER in their
official and individual capacities,

                Defendants.

------------------------------------------X

Sweet, D.J.

        Defendants' letter to the court dated November 4, 2011, will treated as a motion and heard at noon on Wednesday, November 9, 2011, in Courtroom 18C.

        It is so ordered.

New York, NY
November 7, 2011

                                            ROBERT W. SWEET
                                              U.S.D.J.