

**Thompson Wigdor LLP** ATTORNEYS AND COUNSELORS AT LAW

85 Fifth Avenue
New York, NY 10003
Tel 212.257.6800
Fax 212.257.6845
www.thompsonwigdor.com

**Lawrence M. Pearson**
lpearson@thompsonwigdor.com

SDNY
DOCUMENT
ELECTRONIC...
DOC #:
DATE F 8/17/12

RECEIVED
AUG 10 2012
CHAMBERS

August 10, 2012

**VIA FACSIMILE (212) 805-7925**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

Re:   Jennifer Sharkey v. J.P. Morgan Chase & Co., et al., 10 Civ. 3824 (RWS)

We represent Plaintiff Jennifer Sharkey ("Plaintiff" or "Ms. Sharkey") in the above-referenced matter and write to update the Court on the status of discovery in this matter, as well as to respectfully request an extension of time to complete discovery. This is the second time the parties have requested an extension of the discovery deadline. The first request was so ordered on April 11, 2012.

The current deadline to complete discovery is September 4, 2012. The document production of Defendants J.P. Morgan Chase & Co., Joe Kenney, Adam Green, and Leslie Lassiter (collectively, "Defendants"), consisted of several thousand documents and we are in the process of determining whether there are any disputes regarding the production. Although the parties have made substantial progress with discovery, Plaintiff and Defendants agree that they need additional time to complete document production and take depositions, and therefore make this joint request to extend the discovery deadline.

Plaintiff and Defendants expect to begin depositions in September 2012. Because Defendants will be producing additional documents after taking Plaintiff's deposition in September (in accordance with Your Honor's prior ruling), Plaintiff's counsel will need ample to time to review those documents and subsequently prepare and take Defendants' depositions. Therefore, Plaintiff and Defendants respectfully request an extension of fact discovery to December 7, 2012.

Respectfully Submitted,

_[signature]_

Lawrence M. Pearson

So ordered
_[signature]_ USDJ
8-15-12

# Thompson Wigdor LLP ATTORNEYS AND COUNSELORS AT LAW

The Honorable Robert W. Sweet
August 10, 2012
Page 2

cc: Michael Schissel (via email)
Kathleen Reilly (via email)
Magistrate Judge Henry B. Pitman (via facsimile)