UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Sharkey,

-v.-

J.P. Morgan

-------------------------------------------------------------X

10 Civ. 3824 (RWS)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/12
```

Please be advised that the conference scheduled for **Oct 3, 12** has been rescheduled to **Dec 26, 12** at **4:30pm** in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
9/7/12

/s/ Robert W. Sweet
ROBERT W. SWEET
United States District Judge