UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNIFER SHARKEY,<br><br>                    Plaintiff,<br><br>          v.<br><br>J.P. MORGAN CHASE & CO., JOE KENNEY, ADAM GREEN, and LESLIE LASSITER, in their official and individual capacities,<br><br>                    Defendants. | Civil Action No. 10-civ-3824(RWS) |

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment, Defendants J.P. Morgan Chase & Co., Joe Kenney, Adam Green and Leslie Lassiter will move this Court before the Honorable Robert W. Sweet in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007 for an Order granting summary judgment in Defendants' favor dismissing Plaintiff's claim in its entirety pursuant to Federal Rule of Civil Procedure 56.

Dated:     New York, New York
           August 12, 2013

Respectfully Submitted,

 /s/ Michael D. Schissel
Michael D. Schissel
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY  10022-4690
Tel: 212.715.1000
Fax: 212.715.1399
michael.schissel@aporter.com
*Attorneys for Defendants*