## AFFIRMATION OF SERVICE

I, Kathleen A. Reilly, the undersigned attorney at law duly admitted to practice in the State of New York, respectfully show that on the ___ day of August, 2013, I caused a copy of the annexed **NOTICE OF MOTION OF SUMMARY JUDGMENT, MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT, DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL CIVIL RULE 56.1,** and **DECLARATION OF MICHAEL D. SCHISSEL IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** to be served by ECF and FedEx upon:

Lawrence M. Pearson
Thompson Wigdor LLP
85 Fifth Avenue
New York, New York 10003
212.257.6800
lpearson@thompsonwigdor.com

_/s/ Kathleen A. Reilly_
Kathleen A. Reilly