UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

JENNIFER SHARKEY,

                Plaintiff,

  - against -

J.P. MORGAN CHASE & CO., JOE KENNEY,
ADAM GREEN, and LESLIE LASSITER, in their
Official and individual capacities,

                Defendants.

------------------------------------------X

10 Civ. 3824 (RWS)

O R D E R

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/16

**Sweet, D.J.**

    The Defendants' motion for leave to file an amended pleading, dated November 22, 2016, shall be heard at noon on Thursday, December 8, 2016 in Courtroom 18C, United States Courthouse, 500 Pearl Street. All papers shall be served in accordance with Local Civil Rule 6.1.

    It is so ordered.

**New York, NY**
**November 26, 2016**

                                       ROBERT W. SWEET
                                           U.S.D.J.