# ARNOLD & PORTER LLP

**Michael D. Schissel**
Michael.Schissel@aporter.com

+1 212.715.1157
+1 212.715.1399 Fax

399 Park Avenue
New York, NY 10022-4690

December 7, 2016

**By ECF**

The Honorable Robert W. Sweet
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:    <u>Jennifer Sharkey v. J.P. Morgan Chase & Co., et al., 10 Civ. 3824 (RWS)</u>

Dear Judge Sweet:

      This firm represents the Defendants in the above-referenced matter. We respectfully submit this letter to propose a briefing schedule, agreed to by the parties, for the submission of motions in limine in advance of trial, which is scheduled for January 23, 2017.

      The parties propose the following briefing schedule for any motions in limine, consistent with Your Honor's Individual Rule of Practice 3.B:

      **Opening Briefs:** January 9, 2016
      **Oppositions:** January 13, 2016
      **Replies:** January 17, 2016

Additionally, on January 9, 2016, the parties would submit any requests to charge and proposed voir dire questions to Chambers, consistent with Your Honor's Individual Rule of Practice 3.B.

                          Respectfully submitted,

                          /s/ Michael D. Schissel

cc:    Douglas H. Wigdor (*by ECF*)