**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
JENNIFER SHARKEY,

                Plaintiff,      Civil Action No.: 10-cv-3824 (RWS)

    v.

J.P. MORGAN CHASE & CO., JOE KENNEY,
ADAM GREEN, and LESLIE LASSITER, in
their official and individual capacities,

                Defendants.
----------------------------------------------------------------X

## DECLARATION OF DOUGLAS H. WIGDOR

I, Douglas H. Wigdor, pursuant to 28 U.S.C. § 1746, declare and state as follows:

1. I am a Partner at the law firm Wigdor LLP, attorneys for Plaintiff Jennifer Sharkey ("Plaintiff") in the above-captioned action against Defendants J.P. Morgan Chase & Co. ("JPMC"), Joe Kenney, Adam Green and Leslie Lassiter (collectively, "Defendants"). I have personal knowledge of the facts set forth herein and submit this declaration in support of Plaintiff's motions *in limine*.

2. Attached hereto as **Exhibit A** is a true and correct copy of relevant excerpts from the transcript of the deposition of Defendant Leslie Lassiter, taken January 11, 2013.

3. Attached hereto as **Exhibit B** is a true and correct copy of email correspondence dated October 1, 2009, Bates stamped JPMC2-00087805.

4. Attached hereto as **Exhibit C** is a true and correct copy of email correspondence dated October 27, 2009, Bates-stamped JPMC2-00087772.

5. Attached hereto as **Exhibit D** are a true and correct copies of June-August 2009 communications between various employees of JPMC, including Kathleen Gruszczyk, Bates-stamped JPMC2-00089882 – JPMC2-0089885.

6. Attached hereto as **Exhibit E** is a true and correct copy of relevant excerpts from the transcript of the deposition of Client A, taken February 25, 2013.

7. Attached hereto as **Exhibit F** is a true and correct copy of correspondence dated January 21, 2011.

8. Attached hereto as **Exhibit G** is a true and correct copy of correspondence dated January 24, 2011.

9. Attached hereto as **Exhibit H** is a true and correct copy of correspondence dated January 24, 2011.

10. Attached hereto as **Exhibit I** is a true and correct copy of the Complaint filed by Plaintiff with the United States Occupational Safety & Health Administration ("OSHA"), dated October 22, 2009.

11. Attached hereto as **Exhibit J** is a true and correct copy of OSHA's preliminary determination, dated April 12, 2010.

12. Attached hereto as **Exhibit K** is a true and correct copy of an August 2010 report of the United States Government Accountability Office.

13. Attached hereto as **Exhibit L** is a true and correct copy of an article from the *Washington Post*, dated September 21, 2010.

14. Attached hereto as **Exhibit M** is a true and correct copy of the affidavit of Leslie Lassiter submitted to OSHA, dated December 4, 2009.

15. Attached hereto as **Exhibit N** is a true and correct copy of the affidavit of Deborah Nye submitted to OSHA, dated January 8, 2010.

16. Attached hereto as **Exhibit O** is a true and correct copy of the affidavit of Patrice O'Malley submitted to OSHA, dated January 7, 2010.

17. Attached hereto as **Exhibit P** is a true and correct copy of the affidavit of Michael Stevenson submitted to OSHA, dated January 6, 2010.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the affidavit of Kathleen Gruszczyk submitted to OSHA, dated January 7, 2010.

19. Attached hereto as **Exhibit R** is a true and correct copy of the reply affidavit of Leslie Lassiter submitted to OSHA, dated January 7, 2010.

20. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: January 9, 2017
New York, New York

_____
Douglas H. Wigdor