# Exhibit A



**From:** Michael J. Willemin
**Sent:** Thursday, January 05, 2017 10:02 AM
**To:** Reilly, Kathleen A.; Lawrence M. Pearson; Schissel, Michael D.
**Cc:** Alex Hartzband; James Meresman; Douglas Wigdor
**Subject:** RE: Sharkey v JPMC et al. Trial Subpoenas

Kate – This is a basic matter of courtesy and cooperation.  Ms. Gruszcyk was included as a witness on your list in the JPTO you sent over on December 12, 2016.  In that JPTO you also represented that, while there was a possibility she would be unavailable, you believed she would testify in person.  You also told us you were authorized to accept service on December 22, 2016.  You have had more than three weeks from the JPTO date, and two weeks from the date you accepted service, to determine whether she will appear in person.  If we do not get a firm answer on whether she will appear in person this week, we will seek relief from the Court.

Thanks,


Michael J. Willemin
*Senior Associate*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

mwillemin@wigdorlaw.com
www.wigdorlaw.com



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

**From:** Reilly, Kathleen A. [mailto:Kathleen.Reilly@apks.com]
**Sent:** Thursday, January 05, 2017 9:36 AM
**To:** Michael J. Willemin; Lawrence M. Pearson; Schissel, Michael D.
**Cc:** Alex Hartzband; James Meresman
**Subject:** RE: Sharkey v JPMC et al. Trial Subpoenas

Michael,

We do not know yet, but that is why the parties designated aspects of her deposition testimony in the JPTO in case she was unable to appear. Let's schedule a time next Friday to discuss which witnesses each party expects to call at trial, as you have listed a number of JPMC employees in the JPTO.

Thanks,

Kate

**From:** Michael J. Willemin [mailto:mwillemin@wigdorlaw.com]
**Sent:** Wednesday, January 04, 2017 9:01 PM
**To:** Reilly, Kathleen A.; Lawrence M. Pearson; Schissel, Michael D.
**Cc:** Alex Hartzband; James Meresman
**Subject:** RE: Sharkey v JPMC et al. Trial Subpoenas

Kate,

Please advise as to whether Ms. Gruszcyk plans to appear for trial in this action. We need an answer to this question in order to determine how to proceed.

Thanks,


**Michael J. Willemin**
*Senior Associate*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

mwillemin@wigdorlaw.com
www.wigdorlaw.com



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

2

**From:** Reilly, Kathleen A. [mailto:Kathleen.Reilly@APORTER.COM]
**Sent:** Thursday, December 22, 2016 1:02 PM
**To:** Lawrence M. Pearson; Schissel, Michael D.
**Cc:** Michael J. Willemin; Alex Hartzband; James Meresman
**Subject:** RE: Sharkey v JPMC et al. Trial Subpoenas

Larry,

We can accept service of trial subpoenas for any of the current employees of the bank, as well as Ms. Gruszczyk as we will be representing her if she provides testimony at trial.  Mr. Anthony, Mr. Goodrich and Ms. Barnes are no longer employees with the bank, and we will not be accepting service on their behalf.

Thanks, and happy holidays to you as well,

Kate

_____

Kathleen A. Reilly
Associate

**Arnold & Porter, LLP**
399 Park Avenue
New York, NY 10022-4690

Office: +1 212.715.1172
kathleen.reilly@aporter.com
www.arnoldporter.com


**From:** Lawrence M. Pearson [mailto:lpearson@wigdorlaw.com]
**Sent:** Wednesday, December 21, 2016 5:58 PM
**To:** Schissel, Michael D.
**Cc:** Michael J. Willemin; Alex Hartzband; James Meresman; Reilly, Kathleen A.
**Subject:** Sharkey v JPMC et al. Trial Subpoenas

Mike: Trial subpoenas attached.  Please let us know as soon as possible for whom you can accept service.  Thanks, and happy holidays.

Larry


**Lawrence M. Pearson**
*Partner*

**WIGDOR LLP**
85 Fifth Avenue, New York, NY 10003
T: (212) 257-6800 | F: (212) 257-6845

lpearson@wigdorlaw.com
www.wigdorlaw.com

3



This communication may contain Confidential or Attorney-Client Privileged Information and/or Attorney Work Product. If you are not the addressee indicated in this message or its intended recipient (or responsible for delivery of the message to such person(s)), do not read, copy, or forward this message to anyone and, in such case, please immediately destroy or delete this message, including any copies hereof, and kindly notify the sender by reply e-mail, facsimile or phone. Thank you.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter LLP, click here:
http://www.arnoldporter.com

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter Kaye Scholer LLP, click here:
http://www.apks.com