**WIGDOR LLP**
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Michael J. Willemin**
mwillemin@wigdorlaw.com

January 18, 2017

<u>**VIA ECF**</u>

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

   Re: <u>Jennifer Sharkey v. J.P. Morgan Chase & Co., et al., No. 10 Civ. 3824 (RWS)</u>

Dear Judge Sweet:

We represent Plaintiff Jennifer Sharkey in the above-referenced matter and write to respectfully request that Exhibit E to Plaintiff's January 15, 2017 letter motion (Dkt. No. 184-5) be removed from the public docket and filed under seal. Exhibit E contains confidential information pursuant to the Protective Order in this action (Dkt. No. 38), but was inadvertently filed on the public docket. We have communicated with the ECF Helpdesk regarding this matter, as well as with Your Honor's Courtroom Deputy Tze Chan, and Exhibit E is now temporarily blocked from access on the public docket. However, we were directed to file this letter as well to respectfully request that Your Honor issue an order to remove Exhibit E from the public docket and permit Plaintiff to file Exhibit E under seal.

We thank Your Honor for the Court's attention to this matter.

Respectfully submitted,

Michael J. Willemin

cc: Michael D. Schissel, Esq. (*via* ECF)
   Kathleen A. Reilly, Esq. (*via* ECF)
   Jacques Semmelman, Esq. (*via* email)