# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Douglas H. Wigdor**
dwigdor@wigdorlaw.com

March 8, 2017

**VIA ECF AND FACSIMILE**

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

Re:   Jennifer Sharkey v. J.P. Morgan Chase & Co., et al., No. 10 Civ. 3824 (RWS)

Dear Judge Sweet:

As you know, we represent Plaintiff Jennifer Sharkey in this matter. At the parties' March 2, 2017 conference before Your Honor, the Court set a deadline of March 13, 2017 for Plaintiff to file a formal motion for reassignment under 28 U.S.C. § 144 and/or 28 U.S.C. § 455. While Your Honor noted at the conference that the Court was willing to accept Plaintiff's January 26, 2017 pre-motion conference letter as a formal motion, defense counsel Michael D. Schissel, Esq. stated that he was unwilling to waive any arguments on appeal as to the procedural defectiveness of the motion.

Given Mr. Schissel's position, and after reviewing the statutes and applicable case law, we feel a formal motion under both statutes is necessary. Accordingly, we respectfully request a one-week extension, until March 20, 2017, for Plaintiff to file her motion. This is Plaintiff's first request for an extension of this deadline.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

Douglas H. Wigdor

cc:   Michael D. Schissel, Esq. (*via* email)
      Kathleen A. Reilly, Esq. (*via* email)