# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Douglas H. Wigdor**
dwigdor@wigdorlaw.com

March 29, 2017

**VIA ECF**

The Honorable Robert W. Sweet
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

    Re:    <u>Jennifer Sharkey v. J.P. Morgan Chase & Co., et al., No. 10 Civ. 3824 (RWS)</u>

Dear Judge Sweet:

As Your Honor knows, we represent Plaintiff Jennifer Sharkey in the above-referenced matter. We write to respectfully request a one-week adjournment of the oral argument on Plaintiff's motion for re-assignment, from the currently scheduled Wednesday, April 5, 2017, to Wednesday, April 12, 2017 (at 11:00am), due to a scheduling conflict. Defendants' counsel has consented to this request. This is the second request for an adjournment in connection with this oral argument, the first of which was granted by Your Honor on March 27, 2017 and set the current April 5 date. *See* Dkt. No. 224.

We thank Your Honor for the Court's time and consideration in this matter.

Respectfully submitted,

Douglas H. Wigdor

cc:    Michael D. Schissel, Esq. (*via* ECF)
       Kathleen A. Reilly, Esq. (*via* ECF)