

**Curtis, Mallet-Prevost, Colt & Mosle LLP**

Almaty
Ashgabat
Astana
Beijing
Buenos Aires
Dubai
Frankfurt
Geneva

Houston
London
Mexico City
Milan
Muscat
Paris
Rome
Washington, D.C.

101 Park Avenue
New York, New York 10178-0061

Telephone +1 212 696 6000
Facsimile +1 212 697 1559
www.curtis.com

Jacques Semmelman
Tel: +1 212 696 6067
Fax: +1 917 368 8867
E-Mail: jsemmelman@curtis.com

May 2, 2017

**BY HAND**
Hon. Denise L. Cote
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

   Re: **Sharkey v. J.P. Morgan Chase et al,**
    **Civ. Action No. 10-cv-3824 (DLC)**

Dear Judge Cote:

   This law firm represents the non-party consistently referred to in this matter by the Order of Judge Sweet as "Client A." *See* Protective Order, ECF No. 38 at ¶ 12 (copy enclosed).

   On April 18, 2017, the Plaintiff filed a motion seeking reconsideration of certain rulings of Judge Sweet. ECF Nos. 229-231. The motion was filed in part under seal, as it contained materials designated Attorneys' Eyes Only.

   Inasmuch as the Plaintiff's motion potentially affects Client A, we have prepared a memorandum in opposition, which contains references to the materials filed under seal by the Plaintiff. Accordingly, pursuant to the Court's Individual Rules, we request permission to file our memorandum with the Court under seal. The Protective Order issued by Judge Sweet provides for the sealing of materials designated Attorneys' Eyes Only. *See* ECF No. 38 at ¶ 14.

   We will also be filing a redacted copy of our memorandum in the public docket.

             Respectfully,

             Jacques Semmelman

cc: Michael Schissel, Esq.
   Douglas Wigdor, Esq.