```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                           :
JENNIFER SHARKEY,                          :    10cv3824 (DLC)
                                           :
                    Plaintiff,             :    ORDER
                                           :
          -v-                              :
                                           :
J.P. MORGAN CHASE & CO., JOE KENNEY,       :
ADAM GREEN, and LESLIE LASSITER, in        :
their official and individual              :
capacities,                                :
                                           :
                    Defendants.            :
                                           :
----------------------------------------- X
```

DENISE COTE, District Judge:

The Honorable Robert Sweet held in a January 26, 2017 Opinion that "if client A's testimony is shown to be relevant, he will not be permitted to shield his identity merely to advance his privacy interests." To finalize the lists of trial witnesses, it is hereby

ORDERED that the parties shall by July 14 each submit a letter no longer than 5 pages addressed to the relevance, or not, of the testimony of Client A and any other disputed trial witness identified in the June 2 amended pretrial order.

IT IS FURTHER ORDRED that the final pretrial conference will be held on July 21 at 3:30 to discuss the above and any other outstanding issues. The October 13 final pretrial conference is cancelled.

Dated:   New York, New York
         June 28, 2017

                                    _____
                                    DENISE COTE
                                    United States District Judge