

Kathleen A. Reilly
+1 212.836.7450 Direct
Kathleen.Reilly@apks.com

June 30, 2017

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15B
New York, NY 10007-1312

    Re:    *Sharkey v. J.P. Morgan Chase & Co., et al.*, No. 10 Civ. 3824 (DLC)

Dear Judge Cote:

    This firm represents the Defendants in the above-referenced matter.

    On June 28, 2017, the Court set a pre-trial conference for July 21, 2017 at 3:30 pm. Due to a prior obligation, we are not available on that date. Therefore, Defendants respectfully request an adjournment of the conference, and Plaintiff consents to this request. We have conferred with Plaintiff's counsel and both parties are available the following dates: July 31, and August 1, 2, 28, 29, 30, and 31. This is the first request for an adjournment of this conference.

    We are available if the Court has any questions in connection with this request.

                Sincerely,

                /s/ Kathleen A. Reilly

cc:    Douglas H. Wigdor, Esq.