```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
                                          :
JENNIFER SHARKEY,                         :    10cv3824 (DLC)
                                          :
                    Plaintiff,            :    ORDER
                                          :
          -v-                             :
                                          :
J.P. MORGAN CHASE & CO., JOE KENNEY,      :
ADAM GREEN, and LESLIE LASSITER, in       :
their official and individual             :
capacities,                               :
                    Defendants.           :
                                          :
----------------------------------------- X
```

DENISE COTE, District Judge:

For the reasons stated on the record at the July 31, 2017 conference, it is hereby

ORDERED that Client A will not be called as a witness at trial. The parties shall meet and confer regarding the redaction of any trial exhibits. Any disputes regarding redaction shall be submitted to the Court by August 14, 2017.

The plaintiff raised the issue of back pay at the July 31 conference. As Judge Sweet ruled in his January 26, 2017 Opinion, the plaintiff's claim for back pay will end at the date at which the jury determines she stopped actively applying for jobs and seeking employment.

IT IS FURTHER ORDERED that the plaintiff's April 18, 2017 motions for reconsideration and the request to modify Judge Sweet's April 14 Order are denied.

Dated:   New York, New York
         July 31, 2017

                                    _____
                                           DENISE COTE
                                    United States District Judge