UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER SHARKEY,

    Plaintiff,

v.

J.P. MORGAN CHASE & CO., JOE KENNEY, ADAM GREEN, and LESLIE LASSITER, in their official and individual capacities,

    Defendants.

Civil Action No. 10-cv-3824 (DLC)



## [PROPOSED] ORDER TO ALLOW TRIAL MATERIALS INTO COURTROOM 15B

Upon the request of the parties to allow trial materials into Courtroom 15B of the Patrick Moynihan United States Courthouse, it is ordered that counsel for the parties and their respective legal assistants shall be permitted to bring into the Patrick Moynihan United States Courthouse, from Friday, October 27, 2017 through the anticipated conclusion of the trial on Monday, November 6, 2017, boxes containing production documents, deposition transcripts, trial exhibits and other litigation materials, including office supplies.

[REST OF PAGE DELIBERATELY LEFT BLANK]

So ordered.

*[signature]*
10/26/17

Dated:  New York, New York
        October 26, 2017

**ARNOLD & PORTER KAYE SCHOLER LLP**

By: /s/ Kathleen A. Reilly
    Michael D. Schissel
    Kathleen A. Reilly
    250 W. 55th St
    New York, NY 10019

*Attorneys for Defendants*

**WIGDOR LLP**

By: /s/ Michael J. Willemin
    Douglas H. Wigdor
    Michael J. Willemin
    85 Fifth Ave.
    Floor 5
    New York, NY 10003
    Telephone: +1 212.257.6800

*Attorneys for Plaintiff*

So-Ordered: _____

2