UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
JENNIFER SHARKEY,

                               Plaintiff,

                              Index No. 10 Civ. 3824 (DLC)

  -against-

J.P. MORGAN CHASE & CO., JOE KENNEY,
ADAM GREEN, and LESLIE LASSITER, in their      **NOTICE OF APPEARANCE**
official and individual capacities,

                            Defendants.
-------------------------------------------------------------------X

      PLEASE TAKE NOTICE that Ronald C. Minkoff, of Frankfurt Kurnit Klein & Selz, P.C., hereby appears for non-party Douglas Wigdor in the above-captioned proceeding.

Dated: New York, New York
         November 2, 2017

                                    FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                    By: /s/ Ronald C. Minkoff
                                       Ronald C. Minkoff
                                     488 Madison Ave., 10th Floor
                                     New York, New York 10022
                                     (212) 980-0120

                                   *Attorneys for Non-Party Douglas Wigdor*