# Frankfurt Kurnit Klein & Selz

Ronald C. Minkoff

488 Madison Avenue, New York, New York 10022

T (212) 705 4837    F (347) 438 2112

rminkoff@fkks.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2017
```

November 2, 2017

**Via ECF Filing**
Hon. Denise Cote
U.S. District Court
Southern District of New York
U.S. Courthouse, Courtroom 15B
500 Pearl Street
New York, NY 10007-1312

Re: *Sharkey v. J.P. Morgan Chase & Co., et al.*, 10 Civ. 3824 (DLC)

Dear Judge Cote:

  We are the attorneys for non-party Douglas Wigdor, the attorney for the Plaintiff in the above-captioned action. On October 31, 2017, the Court set a motion schedule for briefing an application by "Client A" regarding certain actions by Mr. Wigdor during the court session that day. Under that schedule, Client A's motion is due November 7, 2017; opposition is due November 14, 2017; and a reply is due November 21, 2017. We write to request that the motion schedule be altered so that Client A's motion is due November 14, 2017; opposition is due November 28, 2017; and reply is due December 5, 2017. We have discussed this with "Client A's" counsel, Jacques Semmelman, and *he has no opposition to this request.*

  We have just been retained on this matter and need to learn the relevant history related to this seven year old case. We need our client's assistance in locating the relevant orders, documents and transcripts. Because Mr. Wigdor is on trial, and because of my own travel schedule which has me out of town tomorrow, we will be unable to obtain this information and meet with our client for several days. Also, given the sensitivity of the issues here, we would like the opportunity to meet with Mr. Semmelman and attempt to resolve the issues before any motion practice ensues.

  We are available to discuss this, or to answer questions the Court has, at a mutually agreeable time.

**MEMO ENDORSED**

Respectfully submitted,

Ronald Minkoff

Ronald C. Minkoff

cc: Douglas Wigdor, Esq. (via ECF filing)
  Jacques Semmelman, Esq. (via ECF filing & jsemmelman@curtis.com)
  Michael D. Schissel, Esq. (via ECF filing)

Granted.

*[signature]*
11/2/17