```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JENNIFER SHARKEY,                        :     10cv3824 (DLC)
                                         :
                    Plaintiff,           :     ORDER
                                         :
          -v-                            :
                                         :
J.P. MORGAN CHASE & CO., JOE KENNEY,     :
ADAM GREEN, and LESLIE LASSITER, in      :
their official and individual            :
capacities,                              :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11-7-2017

DENISE COTE, District Judge:

As described on the record on November 7, 2017, it is hereby

ORDERED that any submissions from plaintiff regarding the emotional distress damages award and request for reinstatement shall be served by December 8, 2017.

IT IS FURTHER ORDERED that any responsive submissions shall be served by December 20, 2017. At the time the responsive submissions are served, the defendants shall supply Chambers with two (2) courtesy copies of all papers by mailing or delivering them to the United States Courthouse, 500 Pearl

Street, New York, New York.

Dated:     New York, New York
           November 7, 2017

                                    _____
                                           DENISE COTE
                                    United States District Judge