# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Michael J. Willemin**
mwillemin@wigdorlaw.com

November 10, 2017

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15B
New York, NY 10007

      Re:    Sharkey v. J.P. Morgan Chase & Co., et al.; Civil Action No. 10-cv-3824 (DLC)

Dear Judge Cote,

We represent Plaintiff and write with regard to Plaintiff's anticipated motion for an award of costs and attorneys' fees pursuant to Fed. R. Civ. P. ("FRCP") 54. Pursuant to FRCP 54(d)(2)(B)(i), Plaintiff's motion is due 14 days after the entry of judgment in this matter. We respectfully request that the Court set our deadline to file a Rule 54 motion for attorneys' fees and costs to a date 21 days following decision on Defendants' post-verdict motion (in the event this matter does not resolve before that time). Defendants consent to this request.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

Michael J. Willemin

cc:    Michael D. Schissel, Esq. (*via* ECF)
        Kathleen A. Reilly, Esq. (*via* ECF)