UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
JENNIFER SHARKEY,

                Plaintiff,                            No. 10 Civ. 3824 (DLC)

  -against-

J.P. MORGAN CHASE & CO., JOE KENNEY,        **NOTICE OF WITHDRAWAL**
ADAM GREEN, and LESLIE LASSITER in their
official and individual capacities,

                Defendants.

---------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/27/17

**PLEASE TAKE NOTICE** that Alex J. Hartzband hereby withdraws his appearance as counsel for Plaintiff in the above-captioned matter, as he is no longer affiliated with the law firm Wigdor LLP, counsel of record for Plaintiff.

Dated: December 8, 2017
       New York, New York

Respectfully submitted,

**WIGDOR LLP**

By: _____
     Michael J. Willemin

So ordered.
[signature]
12/26/17

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile:  (212) 257-6845
mwillemin@wigdorlaw.com

*Counsel for Plaintiff*