```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
JENNIFER SHARKEY,                        :   10cv3824 (DLC)
                                         :
                    Plaintiff,           :   ORDER
                                         :
          -v-                            :
                                         :
J.P. MORGAN CHASE & CO., JOE KENNEY,     :
ADAM GREEN, and LESLIE LASSITER, in      :
their official and individual            :
capacities,                              :
                    Defendants.          :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

IT IS HEREBY ORDERED that the retrial in this matter is scheduled for **June 18, 2018** at **9:30 a.m.** in Courtroom 18B.

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **June 8** at **2:30 p.m.** in Courtroom 18B.

Dated:      New York, New York
            March 6, 2018

                                  _____
                                         DENISE COTE
                                  United States District Judge