# WIGDOR LLP

ATTORNEYS AND COUNSELORS AT LAW



85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Michael J. Willemin**
mwillemin@wigdorlaw.com

April 18, 2018

**VIA ECF**

The Honorable Denise L. Cote
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 15B
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/18/18

Re:   Sharkey v. J.P. Morgan Chase & Co., et al.; Civil Action No. 10-cv-3824 (DLC)

Dear Judge Cote:

We represent Plaintiff and write to correct one of the dates contained in the parties' modified pre-trial scheduling order. Dkt. No. 355. In Plaintiff's April 13, 2018 letter, we requested until May 25, 2018 to file oppositions to motions *in limine*. We intended to request only until May 18, 2018, as the May 25, 2018 date is actually the deadline for replies. As such, the parties respectfully request that the Court set May 18, 2018 as the deadline for oppositions, and maintain the current May 25, 2018 deadline for replies. No other pre-trial deadlines will be affected if this request is granted. See Dkt. No. 343. Defendants consent to this request.

We thank Your Honor for the Court's time and consideration of this matter.

Respectfully submitted,

Michael J. Willemin

cc:   Michael D. Schissel, Esq. (*via* ECF)
      Kathleen A. Reilly, Esq. (*via* ECF)

Granted.

Denise Cote
April 18, 2018