

**Michael D. Schissel**
+1 212.836.8240 Direct
Michael.Schissel@arnoldporter.com

May 3, 2018

**VIA ECF**

The Honorable Denise L. Cote
United States District Court
Southern District of New York
500 Pearl St., Courtroom 15B
New York, NY 10007-1312

      Re:    *Sharkey v. J.P. Morgan Chase & Co., et uno*, No. 10 Civ. 3824 (DLC)

Dear Judge Cote:

      I respectfully submit this letter regarding a personal conflict with one of the trial days for the upcoming trial in this case.

      The trial is scheduled to begin on June 18, 2018. My youngest son's middle school graduation is taking place on June 21, 2018 on Long Island. Therefore, I ask that Your Honor not hold trial on June 21 so that I can attend the graduation. I apologize for the inconvenience.

      Thank you for Your Honor's consideration of this request.

Respectfully submitted,

Michael D. Schissel

cc:    Counsel of Record (*via ECF*)