UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JENNIFER SHARKEY,

   Plaintiff,

  v.

J.P. MORGAN CHASE & CO. and LESLIE LASSITER,

   Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-11-2018

Civil Action No. 10-cv-3824 (DLC)

## STIPULATION AND ORDER OF VOLUNTARY DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Plaintiff and Defendants, having resolved the above-captioned action, hereby stipulate and agree that this action and all claims herein are dismissed pursuant to Federal Rule of Civil Procedure 41, with prejudice, with each party bearing its own attorneys' fees and costs.

_____
Douglas H. Wigdor
Michael J. Willemin
WIGDOR LLP
85 Fifth Avenue
New York, New York 10003
(212) 257-6800
dwigdor@wigdorlaw.com
mwillemin@wigdorlaw.com

Attorneys for Plaintiff

_____
Michael D. Schissel
Kathleen Reilly
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019
(212) 836-8000
michael.schissel@arnoldporter.com
kathleen.reilly@arnoldporter.com

Attorneys for Defendants

SO ORDERED:

_____
U.S.D.J.

June 11, 2018